U.S. COURTS
MAY 19 2009
Rcvd ___ Filed ___ Time ___
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

US DISTRICT COURT
DISTRICT OF IDAHO.

I ROBERT E BREWSTER. Hereby File action in accordance with Federal ToRT Claims Act - On Appropriate Section 28 USCA 1346(b) against US prosecutor NANCY COOK. Couer d Alene IDAHO. Both individual and official capacity. I do so pro-SE with little access to legal material and request the court to apply the law IN westfall v Erwin 484 US 292 108 S.CT 580 (1988) Absolute immunity did not sheild when conduct was outside the scope of official dutys I Bring this action also within the limits of 28 USCA 2401.

NANCY COOK Has committed criminal acts outside the scope of her duties. and also while acting under color of Authority. criminal action is pending investigation by the Attorney General of IDAHO. and the US Attorney General and dept of Justice and IDAHO and washington Federal Bureau of Investigation

mrs cook has conspired with individuals and law enforcement personnel including ATF Agents.

THIS has included private investigators and Experts Hired By the petitioner.

2 of 4

sHe has knowingly and with malice conspired to deprive me of my civil and constitutional Rights.
sHe has tampered with a Federal Grand Jury Having presented knowing perjured information in order to secure an indictment.
sHe has After becoming aware of the defendants Disabilitys. conspired with the Following inDiviDuals in order to Falsely convict and deprive this individual with life and liberty Including tampering with a petit Jury who deliberated petitioners trial.

THis action began with mrs cooks involvement with the US marshalls. Arrest in sacramento calif After 120 days in custody of Sacramento mrs cook initiated my being locked in a cell For 6 days having taken my pain and High Blood pressure meds away, causing me to Have a stroke. not allowing petitioner no access to shower or clothing, pHone or medical Attention, petitioner repeatedly Requested medical Attention, to no avail. AFFects continued From this action.

ATF Agent Jason Force. DArrel Bove who are being seperatly torted and

investigated, Regarding Both there conspiring with mrs cook, Have under Her direction committed perjury and Hidden Fingerprint evidence. and withheld Vital exculpatory Evidence in petitioners case.

The Defendant personally made petitioner subject to cruel and inhumane treatment and had medical Attention withheld in order to make petitioner submit to charges that were not true, she maliciously caused permanent damage to defendant's Facial and Heart and bodily Functioning. Then thru conspiracy with mr David Desouis Robert Kerchusky and JEFF Swenson Had plaintiff to be subjected to conditions and [illegible] neglected. and Aggravated his condition All three have helped to wrongfully convict the plaintiff thru jury tampering, Illegal contact and perjured testimony. action is Forth coming in there cases.

plaintiff Requests the sum of 3 million dollars For undue Hardship permanent disabling affects Due to Defendants actions. plaintiff also Requests debarment of mrs cook.

sHe has used Her position to cause irreparable Harm to petitioner. Malice and malFeasance Have been maliciously used in order to Further the Harm done. plaintiFFs constitutional Right to not be subject to cruel and unusual treatment. Have Been violated thru Her use oF Various law enforcement and medical personnel,

sHe is a disgrace to Her profession For subjecting another Human being to these conditions. and using other individuals to Accomplish Her evil acts. For which plaintiFF Has suFFered Both pHysical and Emotional Harm. unreparable Harm with criminal intent.

I ask For counsel and thorough investigation into all Allegations. By Appropriate State and Federal Law enforcement Agencys who Are not subject to Her deviate and criminal underminings or EFFect.

She Has presented perjured testimony to the Grand Jury By THe ATF. worked witH sacramento SheriFFs and medical Bonner county SheriFFs, 3 Local law enforcement agencys in order to committ a conspiracy including all plaintiFFs Experts investigators, counsel etc. Have no doubt she Has no scruples,

I Attest to All Facts set ForttH in this complaint as true and correct.

5-18-09

Respect Fully submitted

[signature]